UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81243-CIV-RYSKAMP/HOPKINS

JAIME DOLAN,

    Plaintiff,

v.

FIRST CHOICE PROPERTY MANAGEMENT
GROUP, INC. AND STEVE LIPPMAN,

    Defendants.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and Rule 3(b) of the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's verified motion for award of attorney's fees and taxable costs **[DE 60]** filed on April 28, 2014, is hereby referred to United States Magistrate Judge James M. Hopkins for final disposition.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this ___ day of January 2015.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE